Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | |
| --- | --- |
| *(Briefly Describe the property to be searched or identify the person by name and address)* | Case No. 21 - 013 MB |
| **2003 blue-gray Hyundai Accent, Arizona Tag number CLH6260, VIN KMHCG35C33U256977** | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Arizona_____ .
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

**The Affidavit of FBI Special Agent Andrew Tews is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___January 23, 2020___ .
                                                                 *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

___on criminal duty in the District of Az, Phoenix.___
                    *(name)*

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)     ☐ for____ days (*not to exceed 30*)
                                                    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___January 9, 2020 @ 6pm___          ___Michelle Burns___
                                                                            *Judge's signature*

City and State: ___Phoenix, Az___          ___Honorable Michelle H. Burns, U.S. Magistrate Judge___
                                                              *Printed name and title*

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | |
|---|---|
| *(Briefly Describe the property to be searched or identify the person by name and address)* | Case No. 21- 013 MB |
| **2003 blue-gray Hyundai Accent, Arizona Tag number CLH6260, VIN KMHCG35C33U256977** | |

### APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

**As further described in Attachment A.**

Located in the _____ District of _Arizona_ , there is now concealed (*identify the person or describe the property to be seized*):

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) & (2) | Knowingly Entering or Remaining in Any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2)(A) & (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

The application is based on these facts:
**The Affidavit of FBI Special Agent Andrew Tews is incorporated herein by reference.**

☐ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA _Kristen Brook_  KRISTEN BROOK Digitally signed by KRISTEN BROOK Date: 2021.01.09 13:40:41 -07'00'

_____
*Applicant's Signature*

FBI Special Agent Andrew Tews
*Applicant's printed name and title*

Date and time issued: _January 9, 2020_

_____
*Judge's signature*

City and State: _Phoenix, Arizona_

Honorable Michelle H. Burns, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is a blue-gray 2003 Hyundai Accent, Arizona Tag number CLH6260, VIN KMHCG35C33U256977 (the "VEHICLE"), currently located at the Phoenix Field Office of the FBI, at 21711 North 7th Street, Phoenix, Arizona 85024. The VEHICLE is further depicted below.



13

## ATTACHMENT B

*Property to be seized*

1.      The items to be seized are fruits, evidence, information, contraband, or instrumentalities, relating to violations of 18 U.S.C. 1752(a)(1) and (2) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority); and 40 U.S.C. 5104(e)(1) and (5) (Violent Entry and Disorderly Conduct on Capitol Grounds), as described in the search warrant affidavit, including, but not limited to:

   a.  A fur headdress worn by CHANSLEY inside the U.S. Capitol Building;

   b.  A spear with an American flag tied to it, carried by CHANSLEY inside the U.S. Capitol Building;

   c.  A red and white bullhorn, carried by CHANSLEY inside the U.S. Capitol Building;

   d.  Posters, signs and flags depicting the words TRUMP, or any other language indicating support for Donald Trump;

   e.  Pamphlets, letters, or other printed media indicating support for Donald Trump, disapproval of other politicians, particularly members of the President-elect Joe Biden, the Vice President Mike Pence, the Vice President-elect Kamala Harris, or any member of the United States Congress;

   f.  Any paperwork, memorabilia, artwork, or other items taken from the U.S. Capitol Building on January 6, 2021;

   g.  Receipts or documentation demonstrating presence in D.C. on or about January 6, 2021;

14

h.  Tools, including but not limited to a sledgehammer, which may have been used to gain access to the Capitol;

i.  Any phones, cameras, or other media devices;

j.  Any records and information relating to a conspiracy to illegally occupy the U.S. Capitol Building on or about January 6, 2021.

15

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Andrew Tews, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     This affidavit is submitted in support of an application for a warrant to search the following property, a blue-gray 2003 Hyundai Accent, Arizona Tag number CLH6260, VIN KMHCG35C33U256977, hereinafter "VEHICLE," further described in Attachment A, for the things described in Attachment B.  As described more fully below, I seek this warrant to search the VEHICLE for evidence of violations of Title 18, United States Code (U.S.C.), § 1752(a)(1) and (2) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority); and 40 U.S.C. § 5104(e)(1) and (5) (Violent Entry and Disorderly Conduct on Capitol Grounds). This affidavit is submitted to the Court in support of an application under Rule 41 of the Federal Rules of Criminal Procedure.

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI).  I have been in this position since January, 2011.  In addition to completing the FBI academy, I have received additional training in the areas of violent crime, national security, counter terrorism, and domestic terrorism. During my time as a Special Agent, I have been involved in numerous investigations as the primary investigator and in subsidiary roles. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. Prior to the FBI, I was a Correctional Sergeant with the California Department of Corrections and Rehabilitation.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. I make this affidavit based, in part, on my personal knowledge and observations derived from my participation in this investigation, information provided by other agents and law enforcement officers, reports and data provided by other officers, which I have read and reviewed, and, in part, upon information and belief. The sources of my information and belief include, but are not limited to oral and written reports regarding this and other investigations that I have received, directly or indirectly, from agents of the FBI, and officers of the United States Capitol Police (USCP) and subject interviews conducted by myself and other law enforcement agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 1752(a)(1) and (2) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority); and 40 U.S.C. § 5104(e)(1) and (5) (Violent Entry and Disorderly Conduct on Capitol Grounds) have been committed by Jacob Anthony CHANSLEY, a.k.a. Jacob Angeli. There is also probable cause to search the VEHICLE, further described in Attachment A, for the things described in Attachment B.

## PROBABLE CAUSE

5.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include

2

permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

6.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

7.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

8.      With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

9.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows.

3

10.     Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

11.     During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of scores of individuals inside the U.S. Capitol building without authority to be there, in violation of Federal laws.

12.     News and social media coverage of these events showed one of the rioters who entered the Capitol building dressed in horns, a bearskin headdress, red, white and blue face paint, shirtless, and tan pants. This individual carried a spear, approximately 6 feet in length, with an American flag tied just below the blade. The screenshots below of photographs posted on social media show this individual in the halls of Congress and standing on the dais inside the Senate chamber.





13.     Several media outlets subsequently identified this individual as Jacob Anthony CHANSLEY, a.k.a. Jake Angeli.  U.S. Capitol Police and the Washington Field Office of the FBI confirmed this identification of CHANSLEY.  First, the photographs of CHANSLEY in the U.S. Capitol display unique attire and extensive tattoos covering his arms and the left side of his torso. I am aware that FBI agents have reviewed pictures posted to the Facebook account for Jake Angeli on December 13, 2020.  FBI agents have learned that CHANSLEY bears these same distinctive attire and tattoos as those worn by him in the U.S. Capitol.  In addition, CHANSLEY has a YouTube channel under the name Jacob Chansley, on which a video posted of CHANSLEY from 2019 shows CHANSLEY with sleeve tattoos on the lower half of his arms consistent with the sleeve tattoos CHANSLEY displays in photographs taken in the Capitol on January 6, 2021. Finally, CHANSLEY has also been identified by law enforcement through open source data bases, including his Arizona DMV driver's license photo, as the person depicted inside the Capitol and on the Senate dais on January 6, 2021.

14.     In addition, on January 7, 2021, CHANSLEY called in to the Washington Field Office of the FBI, to voluntarily speak with law enforcement.  FBI agents spoke on the phone with CHANSLEY, who confirmed that he was the male in the face paint and headdress in the Vice President's chair in the Senate. CHANSLEY confirmed that he also bears the extensive tattoos on his body seen in the photographs. CHANSLEY stated that he came to Washington, D.C. as a part of a group effort, with other "patriots" from Arizona, at the request of the President that all "patriots" come to D.C. on January 6, 2021. During this phone call,

CHANSLEY told agents that he was traveling from Washington, D.C. to Phoenix, AZ by car, and agreed to appear at the Phoenix Field Office of the FBI when he returned to Arizona.

15.     On January 8, 2021, Magistrate Judge G. Michael Harvey of the United States District Court for the District of Columbia signed an arrest warrant for Jacob CHANSLEY, based upon a criminal complaint alleging violations of Title 18 U.S.C. § 1752 (a)(1) and (2), and Title 40 U.S.C. § 5104(e)(2)(A) and (G).

16.     Your affiant is aware that it is a violation of Title 40 U.S.C. § 5104(e)(2)(A) and (G), to willfully and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

17.     Your affiant is also aware that it is a violation of Title 18 U.S.C. § 1752(a)(1) and (2), to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will

7

be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

18.    As described in more detail below, on January 9, 2021, Jacob CHANSLEY drove to the Phoenix Field Office of the FBI.   FBI agents watched CHANSELY park his VEHICLE in a visitor parking lot.

19.    After CHANSELY walked into the building, agents approached the VEHICLE and in plain view through the windows were able to see the furry headdress, the spear with the American flag, and a white and red bull horn.   Each of these items were in CHANSLEY's possession in the photographs posted on social media depicting CHANSLEY inside the Capitol on January 6, 2021. Additionally, agents could see TRUMP signs and other posters, flags, and what appears to be a sledge hammer with a tan handle and black head also present inside the VEHICLE.

20.    Photographs of the VEHICLE, and the items inside it, are included here below. All of these photographs were taken from outside the VEHICLE.

8





21.     On January 9, 2021, law enforcement agents ran the VEHICLE, a blue-gray 2003 Hyundai Accent, Arizona Tag number CLH6260 through the NCIC database and confirmed that this VEHICLE is registered to Jacob Anthony Angeli CHANSLEY.

10

22.     Moreover, on January 9, 2021, FBI agents conducted physical surveillance of CHANSLEY. This morning agents witnessed CHANSELY walk out of his residence and enter the VEHICLE. The VEHICLE was parked next to CHANSELY's driveway on the side of his residence located on the 3100 Block of West Surrey Avenue in Phoenix. Agents continued to conduct surveillance of CHANSLEY and the VEHICLE and witnessed CHANSELY drive to the FBI Phoenix Field Office where he parked out front of the visitor section. During the surveillance, Agents temporarily lost sight of CHANSLEY and the VEHICLE on the Arizona 101 Loop East due to heavy traffic and the freeway being closed beyond the 7th street exit. Agents observed that CHANSELY was the only person inside the VEHICLE. CHANSELY got out of his VEHICLE and walked into the front lobby of the FBI, where he was interviewed and subsequently arrested, subject to a sealed arrest warrant and the above referenced complaint.

23.     The Phoenix FBI currently has possession of the VEHICLE, it is parked at the FBI Field Office, located at 21711 North 7th Street, Phoenix, Arizona 85024. After CHANSLEY was arrested, the VEHICLE was towed inside of the gates of the FBI. The VEHICLE remains secured at the Field Office and remains unopened.

24.     I submit that there is probable cause to believe that evidence of the crimes charged in the complaint, detailed in Attachment B, including but not limited the clothing worn by CHANSLEY during the crimes committed within the U.S. Capitol building, and the spear and bull horn carried by CHANSLEY during the commission of these offenses, is located in the VEHICLE. Additionally, other evidence of intent of Violent Entry and Disorderly Conduct on Capitol Grounds, and Parades and Assemblages, such as posters, signs, and flags, appear to be present in the VEHICLE.

11

## **CONCLUSION**

25.    I submit that this affidavit supports probable cause for a warrant to search the

VEHICLE described in Attachment A and to seize the items described in Attachment B.

Respectfully submitted,

Andrew Tews
Special Agent
Phoenix Division
Federal Bureau of Investigation

Sworn to and telephonically subscribed before me this 9th day of January, 2021.

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

12