Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address)*

**2003 blue-gray Hyundai Accent, Arizona Tag number CLH6260, VIN KMHCG35C33U256977**

Case No. 21-013MB

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Arizona_____.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

**The Affidavit of FBI Special Agent Andrew Tews is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before __January 23, 2020__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

__on criminal duty in the District of Az, Phoenix__.
*(name)*

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ___ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __January 9, 2020 @ 6pm__   __Michelle Burns__
                                                         *Judge's signature*

City and State: __Phoenix, AZ__   __Honorable Michelle H. Burns, U.S. Magistrate Judge__
                                                         *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-013 mB | 1-11-2021 | left in vehicle |

Inventory Made in the Presence of: SA Jason Saitta

Inventory of the property taken and name of any person(s) seized:

see attached property receipt.

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-11-2021

Executing officer's signature: *Andrew Tews*

Printed name and title: Special Agent Andrew Tews

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 266T-PX-3367253

On (date): 01-11-2021

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Jacob Chansley

(Street Address) 3136 W Surrey Avenue

(City) Phoenix, AZ

Description of Item(s): 1. political paperwork, head dress, rubber mallet, face paint, tan shawl, 2nd amendment rally flyer, bull horn, American flag on staff w/ spear on end, sony black micro vault USB drive, Trump poster.

nothing else follows

Received By: (Signature)
Printed Name/Title: SA Andrew Tau

Received From: (Signature)
Printed Name/Title: left in vehicle